180 P.3d 1047

# SUPREME COURT OF HAWAI‘I

| | | | | |
|---|---|---|---|---|
| Flores v. Rawlings Co., LLC | 28124 | 03/27/2008 | Denied | 117 Hawai‘i 153, 177 P.3d 341 |
| State v. Jess | 28483 | 04/18/2008 | Denied | 117 Hawai‘i 381, 184 P.3d 133 |

| | | | | |
|---|---|---|---|---|
| E & J Lounge Operating Co., Inc. v. Liquor Com'n of City and County of Honolulu | 27940 | 04/17/2008 | Granted | 116 Hawai'i 528, 174 P.3d 367 |